NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD DESANTIS, MATT SETSER, SHAWN DICKMYER, WILLIAM BRADLEY FREEMAN, SCOTT FACTOR, SCOTT INGENTO, AARON REEVES, ANTHONY HOBBY, DWIGHT LANKART, RICHARD FORTUNA, and PAUL VLADYKA, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>      v.<br><br>SNAP-ON TOOLS COMPANY, LLC, SNAP-ON CREDIT, LLC, and SNAP-ON INCORPORATED,<br><br>           Defendants. | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Civil Action No. 06-cv-2231 (DMC) |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon the application of Class Plaintiffs Ronald Desantis, Matt Setser, Shawn Dickmyer, William Bradley Freeman, Scott Factor, Scott Ingento, Aaron Reeves, Anthony Hobby, Dwight Lankart, Richard Fortuna, and Paul Vladyka ("Class Plaintiffs"), pursuant to Fed. R. Civ P. 23(e), for Final Approval of the Settlement Agreement with Defendants Snap-on Tools Company, LLC, Snap-on Credit, LLC, and Snap-on Incorporated and upon application by counsel for Class Plaintiffs for approval of fees and costs; and the Court having considered the papers submitted by Plaintiffs in support thereof as well as the objections thereto; and oral argument having been heard on August 28, 2006, and the Court having been satisfied that the proposed settlement is fair, adequate, reasonable, and in the best interests of the class and the shareholders and that the award of attorneys' fees is reasonable; and for the reasons stated in the Court's Opinion

issued on this day;

IT IS on this 27 day of October, 2006;

**ORDERED** that Plaintiffs' motion for final approval of settlement is **granted**, and the Settlement Agreement is approved; and it is further

**ORDERED** that a Fee Award in accord with the terms of the Settlement Agreement in the amount of $13,000,000 is hereby approved; and it is further

**ORDERED** that the fees shall be held in escrow; and it is further

**ORDERED** that Defendants will pay the firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP ("MDMC") and the firm of Marks & Klein, LLP ("MK") for reimbursement of all costs and expenses that this Court finds reasonable estimated at $166,485.26 for MDMC and $200,688.49 for MK; and it is further

**ORDERED** that an evidentiary hearing will be held in order to determine how the fees should be allocated between MDMC and MK and also to determine the proper amount for reimbursement of costs and expenses.

          s/ Dennis M. Cavanaugh  
          DENNIS M. CAVANAUGH, U.S.D.J.

Date:        October 27, 2006  
Original:    Clerk's Office  
cc:          All Counsel of Record  
             The Honorable Mark Falk, U.S.M.J.  
             File